United States District Court
Southern District of New York
Leroy Dorsey #97A3442
-V-
Brian Fisher, Et'Al
N.Y.S D.O.C.S.

8-4-08
Notice Letter To Judge
08-CV-01617
RMB
Request For Extension of Time To Serve The Defendants

Judge R.M. Berman

I petitioner Leroy Dorsey Request A Extension of Time to Serve Defendants Brian Fisher Et'Al, because I submitted A 3rd Amended Complaint to the Pro Se Office, so I Leroy Dorsey have not as of yet recieved the 3rd Amended newly Submitted Complaint. Due to my prison's prisoner account, which has 2 two Court filing fee's of $700.00, $350.00 x 2, All of the funds that I recieve is taken and sent to the U.S.D.C., S.D.N.Y., so I was Unable to get prison copies of the 3rd Amended Complaint that I submitted to the Court, to Completely furnish the defendants, and keep A copy for myself. Also Judge from being transfered to A new prison in May was A

**MEMO ENDORSED** p.2

PAGE # 2 Letter to Judge R.M.B.

Set back as well in preparing Complaint e.t.c. Due to my indigence and ~~mental~~ mental disease it is very difficult in this case preparation, so again Judge Berman I request additional time to serve the defendants, and complete the service.

I Leroy Dorsey request counsil to assist me in this case to the Court for the appointment of counsil to represent me.

Plaintiff is directed to take this issue up with Magistrate Judge Katz.

SO ORDERED:
Date: 8/6/08
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

Leroy Dorsey # 97A 3442
P.O. Box # 999
Coxsackie, N.Y. 12051-0999
Coxsackie Corr. Facility

Sincerely
Leroy Dorsey

(Copy)